FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 5 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

1 | Vanessa R. Waldref
United States Attorney
2 | Eastern District of Washington
Earl A. Hicks
3 | Assistant United States Attorney
Post Office Box 1494
4 | Spokane, WA 99210-1494
Telephone: (509) 353-2767

5

6

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-53-TOR |
| | INDICTMENT |
| Plaintiff, | |
| v. | Vio: 18 U.S.C. § 1716(a), (j)(2) |
| KYLE DAVID RATZLAFF, | Mailing a Poison with Intent to Kill or Injure Another Person |
| Defendant. | |

The Grand Jury charges:

On or about December 12, 2022, the Defendant, KYLE DAVID RATZLAFF,

knowingly did deposit for mailing and delivery, and knowingly cause to be delivered

by mail, in the Eastern District of Washington, according to the direction thereon and

at any place to which it is directed to be delivered by the person to whom it is addressed,

//

//

//

//

INDICTMENT - 1
D:\Users\MCountryman\NetDocuments\ND Office Echo\GOV-646O5\2024-04-03 Ratzlaff Indictment 2085-0329-1905
v.1.docx

1  the poison arsenic, which is declared nonmailable in 18 U.S.C. § 1716(a), with intent

2  to kill or injure another, in violation of 18 U.S.C. § 1716 (j)(2).

3      DATED this ___4___ day of April 2024.

4

5                                         A TRUE BILL

6

7

8  _Vanessa Waldref_

9  Vanessa R. Waldref
   United States Attorney

10 _Earl A. Hicks_

11 Earl A. Hicks
   Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21 INDICTMENT - 2
   D:\Users\MCountryman\NetDocuments\ND Office Echo\GOV-646O5\2024-04-03 Ratzlaff Indictment 2085-0329-1905
   v.1.docx