## CHARGES AND PENALTIES

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2024

SEAN F. McAVOY, CLERK

**CASE NAME:** KYLE DAVID RATZLAFF    **CASE NO.** 2:24-CR-53-TOR-1

TOTAL # OF COUNTS: 1    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|-------|---------|------------------------|---------|
| 1 | 18 U.S.C. 1716(a), (j)(2) | Mailing a Poison with Intent to Kill or Injure Another Person | Not more than 20 years imprisonment<br>Not more than a 3 year term of Supervised Release<br>Not more than a $250,000 fine and a $100 Special Penalty assessment and Restitution |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |